NOVEMBER 19, 1999

No. 98–1828. VERMONT AGENCY OF NATURAL RESOURCES *v.* UNITED STATES EX REL. STEVENS. C. A. 2d Cir. [Certiorari granted, 527 U. S. 1034.] The parties are directed to file supplemental briefs addressing the following question: "Does a private person have standing under Article III to litigate claims of fraud upon the Government?" Briefs are to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Tuesday, November 30, 1999. Twenty copies of the briefs prepared under Rule 33.2 may be filed initially in order to meet the November 30 filing date. Rule 29.2 does not apply. Forty copies of the briefs prepared under Rule 33.1 are to be filed as soon as possible thereafter.

NOVEMBER 23, 1999

No. 99A416 (99–7000). RAMDASS *v.* ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, granted pending disposition of the petition for writ of certiorari. Should the petition for writ of certiorari be denied, this stay shall terminate automically. In the event the petition for writ of certiorari is granted, the stay shall continue pending the sending down of the judgment of this Court.